

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**



F I L E D

APR 06 2026 VYO

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jackie Sample,

Plaintiff,

v.

Judge Andrea Wood

Case No.: 1:26-cv-941

**ADDENDUM IN SUPPORT OF ADA ACCOMMODATIONS NECESSARY TO ENSURE EQUAL AND MEANINGFUL PARTICIPATION**

Plaintiff, Jackie Sample, appearing pro se, respectfully submits this Addendum in support of her Motion for Appointment of Counsel or, in the alternative, the implementation of accommodations and procedural safeguards necessary to ensure equal and meaningful participation in these proceedings.

Plaintiff has a documented disability, including ADHD, which substantially limits major life activities, including executive functioning, concentration, working memory under stress, and the ability to process and respond to complex and rapidly evolving procedural matters in real time.

While Plaintiff is capable of participating in preparing written submissions when afforded adequate time, her disability materially impairs her ability to equally meaningfully participate in every part of this case.

These limitations affect her ability to process multiple issues simultaneously, respond in real time and or other, make timely objections in real time and other, preserve issues for appeal in real time and other, and equally and meaningfully engage in adversarial proceedings.

As a result, without reasonable accommodations, Plaintiff is unable to participate equally and her ability to fully and fairly present her case is significantly impaired.

This matter involves legal and procedural complexity that further exacerbates these limitations. Absent accommodations, there exists a substantial risk that Plaintiff will be unable to participate in the proceedings in a manner that ensures fairness under the law.

Under the Due Process Clause and the framework articulated in Mathews v. Eldridge, courts are required to implement safeguards where there is a significant risk of erroneous deprivation of rights. Where a litigant cannot effectively participate, procedural protections must be provided to ensure equal and meaningful participation.

Similarly, under Title II of the Americans with Disabilities Act, this Court must ensure that Plaintiff is not denied the benefits of its services or excluded from equal and meaningful participation by reason of disability. This requires not merely access to the courtroom, but the ability to equally and meaningfully participate in the proceedings.

In light of the foregoing, Plaintiff respectfully submits that equal and meaningful participation cannot be achieved absent either the appointment of counsel or accommodations equivalent that ensures equal participation. The implementation of accommodations and procedural safeguards that are functionally equivalent in ensuring Plaintiff's ability to understand, respond to, and participate in the proceedings is guaranteed by law and the constitution.

Accordingly, Plaintiff respectfully requests accommodations including, but not limited to:

- Assistance sufficient to provide functional support equivalent to legal representation, whether through appointment of counsel or procedural safeguards ensuring comprehension, response, procedural knowledge, etc;
- Structuring of proceedings to address one issue at a time, with a full and fair opportunity to respond and an opportunity for note taking before proceeding to next topic;
- The ability to respond either in real time or other through written supplemental submissions when necessary;
- Access to all materials, filings, and information relied upon by the Court within 24 hours of each hearing or an equivalent accommodation to this request;
- Timely access to transcripts or recordings of proceedings;
- The ability to raise oral motions, objections, or procedural issues as necessary during proceedings or other;
- Additional time during hearings and other times and flexibility in deadlines to allow for adequate processing and response;
- The ability to request clarification, repetition, or restatement of issues, arguments, and rulings;
- Permission to request brief recesses during proceedings to allow for cognitive processing and note taking, etc;
- The ability to supplement oral proceedings with written submissions or vice versa where real-time participation is impaired;
- Any additional accommodations necessary to ensure Plaintiff can equally and meaningfully participate in these proceedings.

These accommodations are reasonable, necessary, and narrowly tailored to ensure compliance with due process and the ADA laws. They will promote equal participation, fairness, and reduce the risk of procedural error, and ensure that the proceedings are conducted in a manner consistent with constitutional and statutory requirements.

**WHEREFORE**

Plaintiff respectfully requests that this Court grant her Motion for ada accommodation. Provide accommodations and safeguards sufficient to ensure that she may equally and meaningfully participate in these proceedings, and grant such further relief as justice requires.

**Respectfully submitted,**

Jackie Sample

Plaintiff, Pro Se

Date: _____, 2026